

Entered on Docket
June 17, 2009

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

---

David Krieger, Esq.
Nevada Bar No: 9086
George Haines, Esq.
Nevada Bar No: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Linn A. McKay and Angelena R. McKay

E-FILED: June 12, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>    Linn A. McKay and Angelena R. McKay,<br><br>                Debtor(s). | ) Case No. BKS-08-23608-BAM<br>) Chapter 13<br>)<br>)<br>) Hearing Date:  June 02, 2009<br>) Hearing Time:  1:30 P.M.<br>)<br>)<br>) |

**STIPULATION AND ORDER ON MOTION TO VACATE ORDER VACATING THE AUTOMATIC STAY AS TO US BANK HOME MORTGAGE**

THE ABOVE MATTER having been heard at the time and date above:

**IT IS ORDERED THAT** the order vacating the automatic stay as to US BANK HOME MORTGAGE is hereby vacated;

**IT IS FURTHER ORDERED THAT** the automatic stay shall be reinstated as to US BANK HOME MORTGAGE;

**IT IS FURTHER ORDERED THAT** the Chapter 13 Trustee shall immediately commence distributing payments to US BANK HOME MORTGAGE in the amount of $1,162.30 per month as of month 1 of the Chapter 13 plan.

DATED June 12, 2009

    HAINES & KRIEGER, L.L.C.

By:    /s/David Krieger, Esq.
    David Krieger, Esq.
    Attorney for Debtor(s)

Approved By: _____
    Gregory L. Wilde
    Attorney for U.S. Bank Home Mortgage

## ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED: Greg Wilde, Esq.

DISAPPROVED:

FAILED TO RESPOND: Rick Yarnall, Esq.

    ###