JAMES H. WOODALL (NV Bar #3847)
WOODALL & WASSERMANN
10653 River Front Pkwy, Ste 290
South Jordan, Utah  84095
Telephone (801) 254-9450
Facsimile (801) 254-9451
email: jw@utahtrustee.com

Nevada Office
8275 South Eastern Avenue
Las Vegas, Nevada  89123
Attorneys for Secured Creditor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

**LINN A. MCKAY and**

**ANGELINA R. MCKAY,**

　　Debtors.

Case No.: **BK-S-08-23608 bam**
**Chapter 13**

**OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN #2**

Date:　　September 17, 2009
Time:　　1:30 pm

OBJECTION TO CHAPTER 13 PLAN #2

　　Pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure, US Bank National Association ("US Bank") objects to the Chapter 13 Plan #2 filed by Debtors on July 23, 2009 as Debtors' plan fails to adequately provide for US Bank's claims.  In support of its objection, US Bank Alleges as follows:

BACKGROUND

　　On February 3, 2009, Docket entry 21, Debtors objected to Claim 1-1 filed by US Bank and requested that $78,025 of US Bank's Claim be reclassified "as a general unsecured claim to receive pro rata with other general unsecured claims…"

However, debtors' Plan #2 makes no allowance for any payments to pay the reclassified $78,025 unsecured claim.

WHEREFORE, Creditor respectfully requests:

1. That confirmation of debtors' Chapter 13 Plan be denied; or, in the alternative;

2. The debtors be required to provide for the repayment of the unsecured debt to US Bank National Association ND as argued by debtor in their Objection, to US Bank's Claim No. 1-1 and Request for Reduction of Claim.

Dated:  August 28, 2009

                                  /s/ James H. Woodall
                                JAMES H. WOODALL
                                Attorney for secured creditor

**CERTIFICATE OF SERVICE**

I certify that I transmitted a true and correct copy of the foregoing Objection To Confirmation Of debtors' Chapter 13 Plan #2 on August 28, 2009 to the listed recipients. Unless otherwise noted, mailings were by regular U.S. mail, postage prepaid:

Linn A. McKay
1852 Wellington Court
Henderson, Nevada  89014

Angelina R. McKay
1852 Wellington Court
Henderson, Nevada  89014

Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, Nevada  89101

Elizabeth R. Deflyer
Haines & Kreiger
1020 Garces Avenue
Las Vegas, Nevada  89101

/s/ James H. Woodall