

**Entered on Docket**
**September 02, 2009**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

1  JAMES H. WOODALL (NV Bar #3847)
   WOODALL & WASSERMANN
2  10653 River Front Pkwy, Ste 290
   South Jordan, Utah 84095
3  Telephone (801) 254-9450
   Facsimile (801) 254-9451
4  email: jw@utahtrustee.com
5
   Nevada Office
6  8275 South Eastern Avenue
   Las Vegas, Nevada 89123
7  Attorneys for Secured Creditor
8
                **UNITED STATES BANKRUPTCY COURT**
9                      **DISTRICT OF NEVADA**
10
11 In re:                            Case No.: BK-S-08-23608 bam
                                     Chapter 13
12 **LINN A. MCKAY and**
                                     **STIPULATION AND ORDER GRANTING**
13 **ANGELINA R. MCKAY,**            **RELIEF FROM THE AUTOMATIC STAY**

14        **Debtors.**              Date:      **April 7, 2009**
                                    Time:      **1:30 pm**
15
16
17          This Stipulation is entered into by and between US Bank National Association,
18 ("Secured Creditor") and the above-referenced debtors, by and through their undersigned
19
20 attorneys.  A copy of this stipulation and order has been submitted to the Chapter 13 Trustee as
21 of the date shown on the attached mailing certificate.
22          The property which is the subject of this matter is commonly known as 402
23 Bristlecone Court, Henderson, Nevada (the "Property").
24
25          THE PARTIES HEREBY STIPULATE AS FOLLOWS:
26          1.     The automatic stay is immediately terminated as to Secured Creditor and
27 the property at 402 Bristlecone Court, Henderson, Nevada.
28

2.    The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

/s/ James H. Woodall
Attorney for US Bank National Association

Elizabeth R. Deflyer
Attorney for debtors

Rick A. Yarnall
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I certify that I transmitted a true and correct copy of the foregoing

STIPULATION AND ORDER GRANTING FROM THE AUTOMATIC STAY on August 24,

2009 to the listed recipients. Unless otherwise noted, mailings were by regular U.S. mail,

postage prepaid:

Linn A. McKay
1852 Wellington Court
Henderson, Nevada 89014

Angelina R. McKay
1852 Wellington Court
Henderson, Nevada 89014

Elizabeth R. Deflyer
1020 Garces Avenue
Las Vegas, Nevada 89101

Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, Nevada 89101

/s/ James H. Woodall
###